

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

Nos. 04-19-00556-CR, 04-19-00557-CR,
04-19-00558-CR, 04-19-00559-CR, 04-19-00560-CR

Sean Carlton **LACEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR13328, 2018CR13305,
2018CR12079, 2018CR12614, & 2018CR12615
Honorable Frank J. Castro, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in these related appeals in which the trial court judge certifies each underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk file an electronic clerk's record in each appeal within ten (10) days from the date of this order containing the following documents:

1. All pre-trial orders and the related pre-trial motions;

2. The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3. The judgment;

4. All post-judgment motions and orders;

5. The notice of appeal;

6. The Trial Court's Certification of Defendant's Right of Appeal; and

7. The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in these appeals.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.



KEITH E. HOTTLE,
Clerk of Court